# In the
# United States Court of Appeals
## For the Eleventh Circuit

────────────────

No. 22-11421

────────────────

JAMES ERIC MCDONOUGH,

                                      Plaintiff-Appellant,

*versus*

CARLOS GARCIA,
GARLAND WRIGHT,
individually,
CITY OF HOMESTEAD,
a political subdivision of the State of Florida,

                                        Defendants-Appellees.

────────────────

Appeal from the United States District Court
for the Southern District of Florida

D.C. Docket No. 1:19-cv-21986-FAM

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION