# CASE NO. 22-11421-J

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**JAMES ERIC McDONOUGH**

*Plaintiff-Appellant*

v.

**CITY OF HOMESTEAD, FLORIDA
GARLAND WRIGHT
CARLOS GARCIA**

*Defendants-Appellees*

Appeal from the United States District Court
for the Southern District of Florida

**District Court Case Number 19-cv-21986- FAM**

## APPELLANT'S UNOPPOSED MOTION FOR DISMISSAL OF APPEAL

Alan Greenstein
8121 S.W. 138th St.
Palmetto Bay, Fl. 33158
305-772-7083

*Attorney for Appellant*
**James Eric McDonough**

*James McDonough v. Carlos Garcia, et al., Case No. 22-11421-J*

# STATEMENT OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellant does not have a parent corporation and is not a publicly held corporation.

Interested parties are as follows:

Bell, Daniel; Chief Deputy Solicitor General of Florida, Amicus Curiae

City of Homestead, Florida; Defendant-Appellee

Flanagan, Anne; Weiss, Serota, Helfman, Cole & Bierman, P.L., Attorney for the Defendants-Appellees

Florida League of Cities, Amicus Curiae

Garganese, Anthony; Garganese, Weiss, D'Agresta & Salzman, P.A., Amicus Curiae

Garcia, Carlos; Defendant-Appellee

Golembiewski, Kevin A.; Deputy Solicitor General of Florida, Amicus Curiae
Greenstein, Alan; Attorney for the Plaintiff-Appellant

Guedes, Edward G.; Weiss, Serota, Helfman, Cole & Bierman, P.L., Attorney for the Defendants-Appellees

Mandel, Matthew; Weiss, Serota, Helfman, Cole & Bierman, P.L., Attorney for the Defendants-Appellees

McDonough, James Eric; Plaintiff-Appellant

Moody, Ashley; Attorney General of Florida, Amicus Curiae

Moreno, Hon. Frederico A.; U.S. District Court Judge

O'Leary, Erin J., Garganese, Weiss, D'Agresta & Salzman, P.A., Amicus Curiae

State of Florida, Amicus Curiae

Whitaker, Henry C.; Solicitor General of Florida, Amicus Curiae

Wright, Garland; Defendant-Appellee

# APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a), James Eric McDonough ("Plaintiff-Appellant") hereby moves for the voluntary dismissal of the appeal in the above-styled case. In support of this motion, Plaintiff-Appellant states as follows:

This appeal arose from a Complaint the Plaintiff-Appellant filed against the Defendants-Appellees pursuant to 42 U.S.C §1983 and Florida Statute §768.26. The District Court granted the Defendants-Appellees' Motion for Summary Judgment and dismissed the Complaint. The Plaintiff-Appellant appealed from the judgment.

The Plaintiff-Appellant has resolved his dispute with the Defendants-Appellees and thus moves to dismiss the appeal. The settlement agreement requires both parties to bear their own costs and attorneys' fees. *See* Fed. R. App. P. 42(b) ("An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court.").

## CONCLUSION

For the foregoing reason, Plaintiff-Appellant respectfully requests that the Court dismiss this appeal.

Respectfully submitted,

*/s/Alan Greenstein*
Alan Greenstein
Alan J. Greenstein, P.A.

.                                     8121 S.W. 138th St.
                                      Palmetto Bay, Fl. 33158
                                      agreenstein004@hotmail.com
                                      *Attorney for the Appellant*

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27 and Fed. R. App. P. 29(d) because it contains 159 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), as calculated by the word-counting feature of Microsoft Word.

2. This brief complies with the typeface requirements of Fed. R. App. P.32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: May 14, 2025

                                      */s/Alan Greenstein*
                                      Alan Greenstein

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

By: <u>*/s/ Alan Greenstein*</u>
Alan Greenstein